

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-21-00042-CV

**CITY OF FLORESVILLE, TEXAS**, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Jade Jimenez, Gloria Morales Cantu, Monica Veliz, in their official capacities, Appellants

v.

Nick **NISSEN**, David Johns, Paul W. Sack, Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on June 25, 2021. Before the extended due date, Appellant filed a second motion for extension of time to file the brief until July 9, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on July 9, 2021. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court